# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**REYNA CAPITAL CORPORATION,**

    **Plaintiff,**

-v-

**BRANDOW CHEVROLET, INC.,**

    **Defendant.**

Case No. 3:09-cv-457

Judge Thomas M. Rose

---

**ENTRY AND ORDERING FINDING BRANDOW'S MOTION TO DISMISS REYNA'S ORIGINAL COMPLAINT (Doc. #4) MOOT**

---

This matter comes before the Court on Defendant Brandow Chevrolet, Inc.'s ("Brandow's") Motion To Dismiss Plaintiff Reyna Capital Corp.s' ("Reyna's") original Complaint pursuant to Fed. R. Civ. P. 12(b)(6). (Doc. #4.) Reyna's original Complaint was filed in the Common Pleas Court of Montgomery County, Ohio, and was subsequently removed to this Court by Brandow based upon this Court having diversity jurisdiction.

The time has run and Reyna has not responded to Brandow's Motion To Dismiss. Reyna has, however, filed an Amended Complaint. (Doc. #5.)

In its Motion To Dismiss, Brandow argues that, in its original Complaint, Reyna does not identify what cause(s) of action it is pursuing and facts to support its cause(s) of action. Brandow specifically argues that Reyna's original Complaint fails to identify a specific contract, fails to allege when the contract was entered into, fails to allege what conduct constitutes a breach of the contract, fails to allege when the breach occurred and fails to sufficiently identify damages from an alleged breach.

Reyna's Amended Complaint identifies and includes a copy of a specific contract, alleges

a specific breach of that contract and when the breach occurred. It also alleges specific damages as a result of that breach.

Brandow's Motion To Dismiss Reyna's original Complaint is moot because Reyna has filed an Amended Complaint. Further, the Amended Complaint appears to satisfy the concerns expressed by Brandow in its Motion To Dismiss. Therefore, Brandow's Motion To Dismiss Reyna's original Complaint is MOOT and may be renewed, if necessary, based upon the Amended Complaint.

**DONE** and **ORDERED** in Dayton, Ohio this Twenty-Fifth day of January, 2010.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record